IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:17cr191 |
| JAMON KAREEM GASKINS, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 1/11/2018 |
| Jury Trial Date | 3/12/2018 |
| Final Pretrial Conference (by telephone) | Monday, **3/5/2018** at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 2/12/2018 |
|    Other Motions | 2/19/2018 |
| Discovery Cut-off | 2/26/2018 |
| Speedy Trial Deadline | 3/20/2018 |
| Discovery out – Plaintiff to Defendant | **by close of business 1/19/2018** |

January 11, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE