IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No.   3:17cr191

JAMON KAREEM GASKINS,          JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER PURSUANT TO 18 U.S.C. §3145(b) (DOC. #16)

---

Pursuant to the reasoning set forth below, this Court concludes that the presumption of detainability, set forth in 18 U.S.C. §3142(e) and (f)(1) has not been rebutted and, moreover, that this Court cannot conclude that there is any condition or combination of conditions of release that will reasonably assure the appearance of the Defendant when required and/or the safety of any other person or the community.

In ruling as aforesaid, this Court notes the following, based upon the initial bond report from the Pretrial Services office and the transcript of the detention hearing held before the Honorable Magistrate Judge Sharon L. Ovington on January 12, 2018: Defendant has seven prior felonies, six of which involve controlled substances and the other involving a felony weapons offense; Defendant has several prior failures to appear for court; a history of substance abuse and prior non-compliance and revocation from community control supervision.

February 20, 2018

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record