# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 3:17cr191 |
| JAMON KAREEM GASKINS, | : JUDGE WALTER H. RICE |
| Defendant. | : |

## AMENDED PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | from 3/12/2018 on 3/28/2018 |
| Jury Trial Date | 5/7/2018 |
| Final Pretrial Conference (by telephone) | Monday, 4/30/2018 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 4/23/2018 |
|    Other Motions | 4/23/2018 |
| Discovery Cut-off | 4/27/2018 |
| Speedy Trial Deadline | 5/7/2018 |

April 3, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE