IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17 CR 191 |
| vs. | : | |
| JAMON GASKINS, | : | ORDER |
| Defendant. | : | |

The United States has filed a motion to dismiss the Indictment (R. 1) with prejudice. For good cause shown, the Court hereby orders that the Indictment be dismissed with prejudice.

Honorable Walter H. Rice
United States District Judge